Query   Reports   Utilities   WorkFlows   Schedule   Help
What's New   Log Out

```
FILED
CLERK, U.S. DISTRICT COURT
FEB 13 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___rsm___ DEPUTY
```

**2:25-CR-00040-HDV**

CLOSED

## U.S. District Court
## District of New Jersey [LIVE] (Camden)
### CRIMINAL DOCKET FOR CASE #: 1:25-mj-07002-EAP-1

| | |
|---|---|
| Case title: USA v. WALKER | Date Filed: 01/30/2025 |
| Other court case number: 2:25-cr-00040-HDV Central District of California | Date Terminated: 01/31/2025 |

Assigned to: Magistrate Judge Elizabeth A. Pascal

**Defendant (1)**

| | | |
|---|---|---|
| **COLLIN WALKER**<br>*TERMINATED: 01/31/2025* | represented by | **IKRAM JONATHAN ALLY**<br>FEDERAL PUBLIC DEFENDER<br>DISTRICT OF NEW JERSEY<br>800-840 COOPER STREET<br>SUITE 350<br>CAMDEN, NJ 08102<br>609-571-7333<br>Email: ikram_ally@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:2252.F | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **KRISTEN M. HARBERG**<br>OFFICE OF THE U.S. ATTORNEY<br>DISTRICT OF NEW JERSEY<br>401 MARKET STREET<br>4TH FLOOR<br>CAMDEN, NJ 08101<br>856-968-4925<br>Email: kristen.harberg@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/30/2025 | 1 | Rule 5 Documents Received as to COLLIN WALKER (bda) (Entered: 01/30/2025) |
| 01/30/2025 | | Arrest (Rule 5) of COLLIN WALKER (bda) (Entered: 01/30/2025) |
| 01/30/2025 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to COLLIN WALKER IKRAM JONATHAN ALLY for COLLIN WALKER appointed.. Signed by Magistrate Judge Elizabeth A. Pascal on 1/30/2025. (bda) (Entered: 01/31/2025) |
| 01/30/2025 | 4 | ORDER advising of the United States' continuing obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*. Signed by Magistrate Judge Elizabeth A. Pascal on 1/30/2025. (bda) (Entered: 01/31/2025) |
| 01/30/2025 | 5 | WAIVER of Rule 5 Hearings by COLLIN WALKER (bda) (Entered: 01/31/2025) |
| 01/30/2025 | 6 | COMMITMENT TO ANOTHER DISTRICT as to COLLIN WALKER. Defendant committed to District of Central District of California. Signed by Magistrate Judge Elizabeth A. Pascal on 1/30/2025. (bda) (Entered: 01/31/2025) |
| 01/30/2025 | 7 | Minute Entry for proceedings held before Magistrate Judge Elizabeth A. Pascal: Initial Appearance - Rule 5. Defendant advised of rights, charges, and penalties. Hearing on application by defendant for appointment of counsel. Ordered application granted. Ordered Ikram Ally, AFPD appointed as counsel for defendant. Order to be entered. Defendant waives formal reading of the indictment. Oral Order as required by Rule 5 (f) read into the record by the Court. Order to be entered. Defendant waives Identity Hearing and Production of Warrant in this district. Order to be entered. Hearing on Governments application for detention. Hearing on Defendants application for release on bail. Ordered Governments application granted. Order to be entered. Ordered Defendant remanded to the custody of the US Marshals. (Court Reporter/Recorder ECR.) (bda) (Entered: 01/31/2025) |
| 01/30/2025 | 8 | Transmittal Letter to the Central District of California.(bda) (Entered: 01/31/2025) |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

MAGISTRATE JUDGE ELIZABETH A. PASCAL

**CAMDEN**  January 30, 2025

**Court Reporter:** ECR

**Title of Case:**

Case No. 1:25-mj-07002-EAP

UNITED STATES OF AMERICA

V.

COLLIN WALKER

**DEFENDANT PRESENT**

**Appearances:**
Kristen Harberg, AUSA for Government
Ikram Ally, Esq. for defendant

Letitia Blackwell, Pretrial Services

**Nature of Proceedings:** Initial Appearance – Rule 5
Defendant advised of rights, charges, and penalties.
Hearing on application by defendant for appointment of counsel.
Ordered application granted.
Ordered Ikram Ally, AFPD appointed as counsel for defendant.
Order to be entered.
Defendant waives formal reading of the indictment.
Oral Order as required by Rule 5 (f) read into the record by the Court.
Order to be entered.
Defendant waives Identity Hearing and Production of Warrant in this district.
Order to be entered.
Hearing on Governments application for detention.
Hearing on Defendants application for release on bail.
Ordered Governments application granted.
Order to be entered.
Ordered Defendant remanded to the custody of the US Marshals.

s/Benjamin Appel<br>Deputy Clerk

Time Commenced: 3:13 p.m. Time Adjourned: 3:59 p.m.
Total Time in Court: 46 mins.

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| COLLIN WALKER | ) | Case No. 1:25-mj-07002-EAP |
| | ) | |
| | ) | Charging District's |
| Defendant | ) | Case No. 2:25-cr-00040-HDV |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ____Central____ District of ____California____,
*(if applicable)* _____ division. The defendant may need an interpreter for this language:

_____.

The defendant: ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 1/30/2025

_____
Judge's signature

Elizabeth A. Pascal, USMJ
Printed name and title