UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:25-cr-00040-HDV-2                                Date: 02/14/2025

Present: The Honorable: Charles F. Eick, United States Magistrate Judge

Interpreter N/A                                             Language N/A

| Valencia Munroe | 02/14/2025 | Eric Mockie |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)  ✓ Present  In Custody          Attorneys for Defendants: ✓ Present  Retained

Collin John Thomas Walker                                  Jonathan M. Lynn

**Proceedings: Arraignment of Defendant and/or**   ✓ Assignment of Case   Appointment of Counsel
                                                      Initial Appearance

* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Hernan D. Vera.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 04/08/2025 9:00 AM;
Pre-Trial Conference: 03/27/2025 1:30 PM
* Government counsel provides trial estimate of 7 days.
* The parties are referred to Judge Vera's Procedures & Schedules on the Court's website at www.cacd.uscourts.gov to obtain a copy of the Criminal Standing Order.
Judge Vera is located in 5B, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA         PSAED         PSASA         Initial Appearance/Appointment of Counsel: 00 : 00
  ✓ USMLA         USMED         USMSA
     Statistics Clerk             Interpreter                      Arraignment: 00 : 05
     CJA Supervising Attorney     Fiscal            Initials of Deputy Clerk: VMUN by TP