Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

**FILED**
2025 FEB 14 AM 9:31
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: MMC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF<br><br>Colin John Thomas Walker<br>USMS# 58379-511<br>DEFENDANT | CASE NUMBER: 2:25-cr-00040-HDV<br><br>**REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 02/14/2025 at 0900  ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 USC 2252A(g)

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 2001

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: N/A   Phone Number: N/A

9. Name of Pretrial Services Officer notified: Duty Officer

10. Remarks (if any): N/A

11. Name: Faria, S.   (please print)

12. Office Phone Number: 213-620-7676      13. Agency: USMS

14. Signature: *Faria, S*      15. Date: 02/14/2025

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION