FILED
CLERK, U.S. DISTRICT COURT

FEB 1 4 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:25CR00040-HDV-2 |
| v. Collin Walker | |
| DEFENDANT(S). | DESIGNATION AND APPEARANCE OF COUNSEL |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint __Jonathan Lynn__, Esquire, as my attorney to appear for me throughout all proceedings in this case.

2/14/25
Date

_Collin Walker_
Defendant's Signature

Los Angeles, California
City and State

## APPEARANCE OF COUNSEL

I, __Jonathan Lynn__ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

2/14/25
Date

289274
California State Bar Number

_Jon Lynn_
Attorney's Signature

18022 Cowan Suite 285
Street Address

Irvine, CA. 92614
City, State, Zip Code

714.730.5300        714.730.0337
Telephone Number        Fax Number

jml@wklaw.com
E-mail Address

CR-14 (01/07)      DESIGNATION AND APPEARANCE OF COUNSEL